**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | &#124; | |
| | &#124; | |
| **Plaintiff,** | &#124; | |
| | &#124; | **CASE NO. 2:25-PO-00031** |
| **v.** | &#124; | |
| | &#124; | **MAGISTRATE JUDGE JOLSON** |
| | &#124; | |
| **Bailey G. Crabtree,** | &#124; | |
| **Defendant.** | &#124; | |
| | &#124; | |
| | &#124; | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **Dismissed**.

s/Kimberly A. Jolson

**KIMBERLY A. JOLSON
United States Magistrate Judge**

8/12/2025

**DATE**